## CONSENT TO JOIN COLLECTIVE ACTION
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)
<u>Jordan Roy et al. v. FedEx Ground Package System, Inc.</u> (D. Mass.)

Name: Justin Trumbull

Address: [redacted]

Chicopee, MA 01020

Telephone: [redacted] (home); _____ (cell)

Email: [redacted]

1.  I have been employed as a delivery driver for FedEx Ground through an intermediary called an "Independent Service Provider," and have driven a truck with a gross vehicle weight rating under 10,001 pounds for some period of time within the last three years. During this time, I have worked more than forty hours in at least some weeks, but I have not been paid overtime (time-and-a-half) for these hours.

2.  I consent and agree to pursue my claim for unpaid overtime against FedEx Ground in this lawsuit, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to this case and understand I will be bound by any judgment by the Court or any settlement of this action. I agree to be represented by Hayber Law Firm, LLC, 221 Main Street, #502, Hartford, CT 06106, and Lichten & Liss-Riordan, P.C., 729 Boylston Street, Suite 2000, Boston MA 02116, in this action, along with other counsel with whom the firms may co-counsel.

3.  I designate the named plaintiffs in this action, the collective action representatives, as my agents to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiffs' counsel concerning attorneys' fees and costs (with the understanding that Plaintiffs' counsel are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees), and all other matters pertaining to this lawsuit.

Signature: *Justin Trumbull* (DocuSigned by: 0F752419C716498...)

Date: 8/28/2017