UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORDAN ROY, ANGEL SULLIVAN-BLAKE, and JUSTIN TRUMBULL, on behalf of themselves and others similarly situated,<br><br>                   Plaintiffs,<br><br>                v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.<br><br>                   Defendant. | CIVIL ACTION NO.<br>3:17-cv-30116-KAR |

## **DECLARATION OF KENNETH D. SANSOM**

I, Kenneth D. Sansom, declare and state as follows:

1. I am over 18 years of age, of sound mind, and capable of making this declaration. The facts stated in this declaration are within my personal knowledge and are true and correct.

2. I am a member of the law firm of Spotswood Sansom & Sansbury LLC. I appeared on behalf of Defendant FedEx Ground Package System, Inc. ("FedEx Ground") in this matter on October 30, 2017, and now represent FedEx Ground in this matter.

3. Attached to this declaration as Exhibit A are true and correct copies of correspondence between myself and opposing counsel regarding this case between August 29, 2017 and October 27, 2017.

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

    Executed on this the 4th day of December, 2017.

                                                           Kenneth D. Sansom