# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JORDAN ROY, ANGEL SULLIVAN-BLAKE, and JUSTIN TRUMBULL, on behalf of themselves and others similarly situated, | : : : : : | CIVIL ACTION NO. 3:17-cv-30116-KAR |
| Plaintiffs, | : : | |
| v. | : : | |
| FEDEX GROUND PACKAGE SYSTEM, INC., | : : : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the Defendant FedEx Ground Package System, Inc. in the above-captioned matter.

Dated: November 29, 2018                     Respectfully Submitted,

                                             Defendant
                                             FEDEX GROUND PACKAGE SYSTEM, INC.

                                             By: */s/ Cheryl B. Pinarchick*

                                             Cheryl B. Pinarchick, BBO No. 636208
                                             Fisher & Phillips LLP
                                             200 State Street
                                             7th Floor
                                             Boston, MA 02109
                                             Telephone: (617) 532-8215
                                             Facsimile: (617) 532-5899
                                             E-mail: cpinarchick@fisherphillips.com

FPDOCS 34754893.1

**Certificate of Service**

**I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 29, 2018**

          */s/ Cheryl B. Pinarchick*