# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORDAN ROY and JUSTIN TRUMBULL, on behalf of themselves and others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>   Defendant. | Case No.: 3:17-cv-30116-KAR |

## JOINT STATUS REPORT ON DOCUMENT PRODUCTION OF OPT-INS KRUTOV; LAWRENCE; WOSKO; BJORLIE; INGRAM; JONES, JR.; AND NIEMERCK

Pursuant to the Court's order, see Dkt. 245, Plaintiffs and Defendant FedEx Ground Package System, Inc. (collectively, "the Parties") hereby provide the following report to the Court as to the status of document production from the opt-in plaintiffs identified in the Court's order:

1. **Andrey Krutov**: Mr. Krutov has not produced additional documents reflecting pay or hours worked since Plaintiffs' December 6, 2021, filing.
2. **Brian Lawrence**: Mr. Lawrence has not produced additional documents reflecting pay or hours worked since Plaintiffs' December 6, 2021, filing.
3. **Nicholas Wosko**: Plaintiffs' counsel will be filing a notice withdrawing Mr. Wosko from this case.
4. **Matthew Bjorlie**: Mr. Bjorlie has not produced additional documents reflecting pay or hours worked since Plaintiffs' December 6, 2021, filing.
5. **Eric Ingram**: Mr. Ingram has not produced documents reflecting pay or hours worked since Plaintiffs' December 6, 2021, filing.
6. **Samuel Joseph Jones, Jr.**: Mr. Jones has produced documents reflecting pay or hours worked since Plaintiffs' December 6, 2021, filing.
7. **Michael Niemerck**: Mr. Niemerck has not produced documents reflecting pay or hours worked since Plaintiffs' December 6, 2021, filing.

Plaintiffs' counsel continues to make efforts to obtain additional documents and, for the reasons explained in Plaintiffs' opposition, Dkt. 243, continues to oppose FedEx Ground's motion to dismiss, Dkt. 239.

FedEx Ground's position is that the above opt-ins have not complied with the Court's order that they produce or show reasonable efforts by October 22, 2021 (ECF 221) and requests the Court grant its motion to dismiss the opt-ins.

Dated: March 23, 2022

Respectfully submitted,

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan (BBO #640716)
Michelle Cassorla (BBO #688429)
Zachary Rubin (BBO #704485)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800
sliss@llrlaw.com
mcassorla@llrlaw.com

Attorneys for Plaintiffs

/s/ Jessica G. Scott
Jessica G. Scott
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:   303.244.1800
Facsimile:   303.244.1879
Email: scott@wtotrial.com

and

Kenneth D. Sansom (admitted pro hac vice)
Spotswood Sansom & Sansbury LLC
One Federal Place
1819 Fifth Avenue North, Suite 1050
Birmingham, AL 35203
Telephone:   205.986.3620
Facsimile:   205.986.3639
Email: ksansom@spotswoodllc.com

Cheryl Pinarchick

Fisher & Phillips LLP
200 State Street, Seventh Floor
Boston, MA 02109
Telephone: (617) 532-9322
Facsimile: (617) 532-5899
Email: cpinarchick@fisherphillips.com

Attorneys for Defendant,
FedEx Ground Package System, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing **document** was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 23, 2022.

    */s/ Shannon Liss-Riordan*
    Shannon Liss-Riordan