**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JORDAN ROY, and
JUSTIN TRUMBULL, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

Case No.: 3:17-cv-30116-KAR

**NOTICE OF FILING REDACTED COPIES OF APPENDIX C AND EXHIBITS TO FEDEX GROUND'S MOTION TO DECERTIFY FLSA CONDITIONAL COLLECTIVE (ECF 347)**

`

With this notice, FedEx Ground is filing redacted copies of the following documents referenced in its Motion to Decertify FLSA Conditional Collective: Appendix C; Exhibits 134 through 169; Exhibits 171 through 204; and Exhibits 206 through 222. FedEx Ground has had these redacted copies ready to file since shortly after it filed its motion to certify, but did not file them per instructions from the Clerk's Office.

On August 18, 2023, FedEx Ground filed its Motion to Decertify FLSA Conditional Collective ("Motion to Decertify") (ECF 347), which identifies Appendix C and the above-referenced exhibits as documents to be filed under seal. That same day, FedEx Ground also filed a Motion to Seal Documents Obtained from Service Providers (ECF 346) ("Motion to Seal"), which identifies the basis for its request to seal Appendix C and the above-referenced exhibits to its Motion to Decertify. Plaintiffs filed a response to the Motion to Seal on September 1, 2023 (ECF 363), indicating they do not take a position on the sealing of the vast majority of the documents FedEx Ground seeks to file under seal. FedEx Ground filed an unopposed motion for leave to file a reply brief supporting its Motion to Seal on September 5, 2023 (ECF 364), and a renewed motion to file a reply on September 12, 2023 (ECF 366), which actually attaches the reply. FedEx Ground's Motion to Seal and its request for leave to file a reply remain pending.

Based on instructions FedEx Ground's counsel received from the Clerk's Office, FedEx Ground did not file redacted copies of Appendix C and the above-referenced exhibits when it filed its Motion to Decertify. Instead, the Clerk's Office informed FedEx Ground's counsel that FedEx Ground should file slip sheets as placeholders for these documents, and that the Clerk's Office would provide a link for submitting the sealed documents after the Court ruled on FedEx Ground's Motion to Seal. Though FedEx Ground's counsel asked whether it should go ahead and file the redacted copies of the exhibits on the public record, the Clerk's Office said to hold off on that until receiving further instructions from the Court. To date, that is what FedEx Ground has done.

Plaintiffs' response to FedEx Ground's Motion to Decertify is due today, September 22, 2023, and FedEx Ground still has not received a ruling on sealing the documents. For that reason, FedEx Ground is now filing the redacted copies of Appendix C and Exhibits 134−169, 171−204, 206−222 to its Motion to Decertify to ensure the Court has access to these documents. It will provide the Court with unredacted copies as soon as there is a ruling on its pending motion to file under seal these documents provided by third-parties.

Dated: September 22, 2023

Respectfully submitted,

*/s/ Jessica G. Scott*

Jessica G. Scott
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: scott@wtotrial.com

Attorney for Defendant,
FedEx Ground Package System, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 22, 2023.

The following are those who are currently on the list to receive email notices for this case.

- **Shannon Liss-Riordan**
  sliss@llrlaw.com
- **Zachary Rubin**
  zrubin@llrlaw.com
- **Krysten L. Connon**
  kconnon@llrlaw.com
- **Peter Winebrake**
  pwinebrake@winebrakelaw.com
- **Mark J. Gottesfeld**
  mgottesfeld@winebrakelaw.com
- **Michelle Tolodziecki**
  mtolodziecki@winebrakelaw.com
- **Richard E. Hayber**
  rhayber@hayberlawfirm.com
- **Joseph P. McHugh**
  joseph.mchugh@fedex.com
- **Kenneth D. Sansom**
  ksansom@spotswoodllc.com
- **Cheryl B. Pinarchick**
  cpinarchick@fisherphillips.com
- **Jessica G. Scott**
  scott@wtotrial.com
- **Andrew H. Myers**
  myers@wtotrial.com

- **Michele O. Choe**
  choe@wtotrial.com
- **David J. Schaller**
  schaller@wtotrial.com
- **Juan S. Ramirez**
  ramirez@wtotrial.com
- **Kori F. Miller**
  kmiller@wtotrial.com
- **Celyn Whitt**
  whitt@wtotrial.com
- **Iva Velickovic**
  velickovic@wtotrial.com
- **Lorenzo Rabajante Cabantog**
  Lorenzo.cabantog@ogletree.com
- **Matthew Carrieri**
  mcarrieri@llrlaw.com
- **Natalie R. Colao**
  colao@wtotrial.com
- **Thomas C. Dec**
  dec@wtotrial.com
- **Morgan B. Franz**
  mfranz@spotswoodllc.com
- **Peter M. Delano**
  pdelano@llrlaw.com
- **Jeffrey A. Dretler**
  jdretler@rubinrudman.com
- **Shanicka L. Kennedy**
  Shanicka.kennedy@fedex.com

*/s/ Jessica G. Scott*