# EXHIBIT 134

EXHIBIT 134 TO DEFENDANT FEDEX GROUND'S MOTION TO DECERTIFY FLSA COLLECTIVE
*Roy, et al. v. FedEx Ground Package System, Inc.,*
Case No.: 3:17-cv-30116-KAR

FOR ATTORNEY EYES ONLY

# Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| Pay Frequency: Weekly | | | | | | | | | | |
| REDACTED - OTHER DRIVERS | | | | REDACTED - OTHER DRIVERS | | | | | | |
| Regular | 64.00 | 22.8125 | 1,460.00 | [redacted] | 249.03 | | | 1,884.19 | FED SOCSEC-ER | 150.02 |
| Regular | 32.00 | 29.9922 | 959.75 | FED SOCSEC | 150.03 | | | | FED MEDCARE-ER | 35.09 |
| | 96.00 | | 2,419.75 | FED MEDCARE | 35.08 | | | | MA SUI-ER | 52.90 |
| | | | | MA SIT | 101.42 | | | | | 238.01 |
| | | | | | 535.56 | | | | | |

Check Date: 04/23/2018 / Check / Check No: 50138 $1,111.03

Check Date: 04/13/2018 / Direct Deposit / REDACTED - OTHER DRIVERS $773.16

| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED - OTHER DRIVERS | | | | REDACTED - OTHER DRIVERS | | | | | | |
| Regular | 28.00 | 17.8571 | 500.00 | FED FIT | 47.80 | | | 390.40 | FED SOCSEC-ER | 31.00 |
| | 28.00 | | 500.00 | FED SOCSEC | 31.00 | | | | FED MEDCARE-ER | 7.25 |
| | | | | FED MEDCARE | 7.25 | | | | FED FUTA | 3.00 |
| | | | | MA SIT | 23.55 | | | | MA SUI-ER | 10.93 |
| | | | | | 109.60 | | | | | 52.18 |

Check Date: 04/23/2018 / Check / Check No: 50139 $390.40

| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED - OTHER DRIVERS | | | | REDACTED - OTHER DRIVERS | | | | | | |
| Regular | 120.00 | | 2,500.00 | FED FIT | 799.83 | | | 1,391.17 | FED SOCSEC-ER | 155.00 |
| | 120.00 | | 2,500.00 | FED SOCSEC | 155.00 | | | | FED MEDCARE-ER | 36.25 |
| | | | | FED MEDCARE | 36.25 | | | | MA SUI-ER | 54.65 |
| | | | | MA SIT | 117.75 | | | | | 245.90 |
| | | | | | 1,108.83 | | | | | |

Check Date: 04/06/2018 / Direct Deposit / Checking / Account N [redacted] $110.41

Check Date: 04/06/2018 / Direct Deposit / Savings / Account No: [redacted] $100.00

Check Date: 04/13/2018 / Direct Deposit / Checking / Account N REDACTED - OTHER DRIVERS $490.38

Check Date: 04/13/2018 / Direct Deposit / Savings / Account No: [redacted] $100.00

Check Date: 04/20/2018 / Direct Deposit / Checking / Account N [redacted] $490.38

Check Date: 04/20/2018 / Direct Deposit / Savings / Account No: [redacted] $100.00

**Employee:** [redacted] SSN: PRIVACY

| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Regular | 96.00 | | 3,360.60 | FED FIT | 405.43 | PRIVACY | | 2,192.75 | FED SOCSEC-ER | 208.36 |
| | 96.00 | | 3,360.60 | FED SOCSEC | 208.36 | | | | FED MEDCARE-ER | 48.73 |
| | | | | FED MEDCARE | 48.73 | | | | MA SUI-ER | 10.29 |
| | | | | MA SIT | 145.33 | | | | | 267.38 |
| | | | | | 807.85 | | | | | |

Check Date: 04/06/2018 / Direct Deposit / Checking / Account N PRIVACY $728.83

Check Date: 04/13/2018 / Direct Deposit / Checking / Account N [redacted] $726.84



FXG_ROY_058503

FOR ATTORNEY EYES ONLY

# Payroll Details

| Hours and Earnings | | | | Taxes | | Deductions | | | Employer | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Tax | Amount | Deduction | Amount | Net Pay | Liability | Amount |
| **Pay Frequency: Weekly** | | | | | | | | | | |
| REDACTED - OTHER DRIVERS | | | | | | | | | | |
| Regular | 4.00 | | 0.00 | | | | | 0.00 | | |
| | 4.00 | | 0.00 | | | | | | | |
| Check Date: 03/10/2017 / Net Pay: $0.00 | | | | | | | | | | |
| REDACTED - OTHER DRIVERS | | | | | | | | | | |
| Regular | 40.00 | 12.2625 | 490.50 | FED FIT | 57.97 | | | 371.91 | FED SOCSEC-ER | 30.41 |
| | 40.00 | | 490.50 | FED SOCSEC | 30.41 | | | | FED MEDCARE-ER | 7.11 |
| | | | | FED MEDCARE | 7.11 | | | | FED FUTA | 2.94 |
| | | | | MA SIT | 23.10 | | | | MA SUI-ER | 9.45 |
| | | | | | 118.59 | | | | | 49.91 |
| Check Date: 03/10/2017 / Direct Deposit / Checking / Account No: [redacted] $371.91 | | | | | | | | | | |
| REDACTED - OTHER DRIVERS | | | | | | | | | | |
| [redacted] | | | | | 56.00 | | | 573.40 | FED SOCSEC-ER | 44.08 |
| | 32.00 | | 711.00 | FED SOCSEC | 44.08 | | | | FED MEDCARE-ER | 10.31 |
| | | | | FED MEDCARE | 10.31 | | | | FED FUTA | 4.27 |
| | | | | MA SIT | 27.21 | | | | MA SUI-ER | 13.69 |
| | | | | | 137.60 | | | | | 72.35 |
| Check Date: 03/10/2017 / Direct Deposit / Checking / Account No: [redacted] $573.40 | | | | | | | | | | |
| REDACTED - OTHER DRIVERS | | | | | | | | | | |
| Regular | 40.00 | | 500.00 | FED FIT | 233.37 | | | 204.83 | FED SOCSEC-ER | 31.00 |
| | 40.00 | | 500.00 | FED SOCSEC | 31.00 | | | | FED MEDCARE-ER | 7.25 |
| | | | | FED MEDCARE | 7.25 | | | | FED FUTA | 3.00 |
| | | | | MA SIT | 23.55 | | | | MA SUI-ER | 9.63 |
| | | | | | 295.17 | | | | | 50.88 |
| Check Date: 03/10/2017 / Check / Check No: 50001 $204.83 | | | | | | | | | | |
| REDACTED - OTHER DRIVERS | | | | | | | | | | |
| [redacted] | | | | | | | | 0.00 | | |
| | 1.00 | | 0.00 | | | | | | | |
| Check Date: 03/10/2017 / Net Pay: $0.00 | | | | | | | | | | |
| REDACTED - OTHER DRIVERS | | | | | | | | | | |
| [redacted] | | | | | | | | 0.00 | | |
| | 1.00 | | 0.00 | | | | | | | |
| Check Date: 03/10/2017 / Net Pay: $0.00 | | | | | | | | | | |
| REDACTED - OTHER DRIVERS | | | | | | | | | | |
| Regular | 30.00 | 24.2500 | 727.50 | FED FIT | 54.56 | | | 587.33 | FED SOCSEC-ER | 45.11 |
| | 30.00 | | 727.50 | FED SOCSEC | 45.11 | | | | FED MEDCARE-ER | 10.55 |
| | | | | | | | | | FED FUTA | 4.37 |



FXG_ROY_058516