# EXHIBIT 137

EXHIBIT 137 TO DEFENDANT FEDEX GROUND'S MOTION TO DECERTIFY FLSA COLLECTIVE
*Roy, et al. v. FedEx Ground Package System, Inc.,*
Case No.: 3:17-cv-30116-KAR

**A**

ALPHA DELIVERY INC
191 Spring Street Apt 2
Medford, MA 02155

| Check Date | Reference No. |
|---|---|
| 07/22/2022 | 2000430 |

| Amount |
|---|
| $1,016.18 |

# Direct Deposit Voucher

Div.: 0 / Dept.: 1

Payee [redacted]
PRIVACY

## *Non-Negotiable*

*Fold Here*

7/20/2022 10:17:59 AM

| | | |
|---|---|---|
| Company Name | ALPHA DELIVERY INC | Processed By Datapay Payroll Inc |
| Address | 191 Spring Street Apt 2 Medford, MA 02155 | (781) 628-8110 |
| DBA | | |

| Employee Name | [redacted] | | | | | UCI | MA | Tax Status | | | Dep | Flat E/F | % E/F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company No. | 7078 | Payroll No. | 97 | Pay Freq. | Weekly | Federal | | Married | (4a) | | 3 | | |
| Employee No. | 20 | Division No. | 0 | Start Date | 07/09/2022 | | (2c) | (3) | (4b) | | | | |
| SSN No. | PRIVACY | Home Dept. No. | 1 | End Date | 07/15/2022 | (W) MA | | Married | | | 3 | | |
| Check No. | 2000430 | Net Pay | **1,016.18** | Check Date | 07/22/2022 | | | | | | | | |

| Dept. | Earnings | | | | | | | Taxes | | | Deductions & Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | | | | Year-to-Date | | | Tax | Current | YTD | Deduction | Current | YTD |
| No. | Description | Rate | Hours | Amount | Description | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount |
| 1 | 0-Regular Pay | 14.2500 | 39.50 | 1,250.00 | 0-Regular Pay | 375.53 | 11,750.00 | Federal WH | 82.33 | 815.63 | | | |
| | | | | | 3-Vacation | 40.00 | 1,250.00 | OASDI | 77.50 | 806.00 | | | |
| | | | | | OverTime Pay | 14.42 | 0.00 | Medicare | 18.13 | 188.51 | | | |
| | | | | | | | | MA: State WH | 51.56 | 532.57 | | | |
| | | | | | | | | MA: State SDI | 2.80 | 29.12 | | | |
| | | | | | | | | MA: State FLI | 1.50 | 15.60 | | | |
| | Employee Totals | | 39.50 | 1,250.00 | Total YTD: | 429.95 | 13,000.00 | | 233.82 | 2,387.43 | | | |

| Account Type | Bank Routing No. | Bank Account No. | Amount Deposited |
|---|---|---|---|
| Checking | [redacted] | PRIVACY | 1,016.18 |
| | | | |
| | | | |
| | | | |

Company Memo:

Private Memo:

ALPHA DELIVERY INC
191 Spring Street Apt 2
Medford, MA 02155

| Check Date | Reference No. |
|---|---|
| 07/22/2022 | 2000431 |

| Amount |
|---|
| $978.48 |

# Direct Deposit Voucher

*Div.: 0 / Dept.: 1*

Payee

REDACTED - OTHER DRIVERS

## *Non-Negotiable*

***Fold Here***

7/20/2022 10:17:59 AM

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Name | ALPHA DELIVERY INC | | | | | Processed By Datapay Payroll Inc | | | | | |
| Address | 191 Spring Street Apt 2 Medford, MA 02155 | | | | | (781) 628-8110 | | | | | |
| DBA | | | | | | | | | | | |
| Employee Name | REDACTED - OTHER DRIVERS | | | | | UCI MA | Tax Status | | | Dep | Flat E/F | % E/F |
| Company No. | 7078 | Payroll No. | 97 | Pay Freq. | Weekly | Federal | Married | (4a) | | 3 | | |
| Employee No. | 24 | Division No. | 0 | Start Date | 07/09/2022 | | (2c) (3) | (4b) | | | | |
| SSN No. | REDACTED - OTHER DRIVERS | Home Dept. No. | 1 | End Date | 07/15/2022 | (W) MA | Married | | | 3 | | |
| Check No. | 2000431 | Net Pay | **978.48** | Check Date | 07/22/2022 | (R) | | | | | | |

| Dept. | Earnings | | | | | | | Taxes | | | Deductions & Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | | | | Year-to-Date | | | Tax | Current | YTD | Deduction | Current | YTD |
| No. | Description | Rate | Hours | Amount | Description | Hours | Amount | Description | Amount | Amount | Description | Amount | Amount |
| 1 | 0-Regular Pay | 14.2500 | 40.00 | 1,200.00 | 0-Regular Pay | 402.92 | 12,720.00 | Federal WH | 76.33 | 785.49 | | | |
| 1 | OverTime Pay | 28.1058 | 6.80 | 0.00 | OverTime Pay | 32.07 | 0.00 | OASDI | 74.40 | 788.64 | | | |
| | | | | | | | | Medicare | 17.40 | 184.44 | | | |
| | | | | | | | | MA: State WH | 49.26 | 519.69 | | | |
| | | | | | | | | MA: State SDI | 2.69 | 28.51 | | | |
| | | | | | | | | MA: State FLI | 1.44 | 15.26 | | | |
| | **Employee Totals** | | 46.80 | 1,200.00 | **Total YTD:** | 434.99 | 12,720.00 | | 221.52 | 2,322.03 | | | |

| Account Type | Bank Routing No. | Bank Account No. | Amount Deposited |
|---|---|---|---|
| Checking | [redacted] | REDACTED - OTHER DRIVERS | 978.48 |
| | | | |
| | | | |
| | | | |

**Company Memo:**

**Private Memo:**

ALPHA DELIVERY INC
191 Spring Street Apt 2
Medford, MA 02155

| Check Date | Reference No. |
|---|---|
| 07/22/2022 | 2000432 |

| Amount |
|---|
| $978.48 |

# Direct Deposit Voucher

*Div.: 0 / Dept.: 1*

Payee

REDACTED - OTHER DRIVERS

## *Non-Negotiable*

***Fold Here***

7/20/2022 10:17:59 AM

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company Name | ALPHA DELIVERY INC | | | | | | | | | | | Processed By Datapay Payroll Inc |
| Address | 191 Spring Street Apt 2 Medford, MA 02155 | | | | | | | | | | | (781) 628-8110 |
| DBA | | | | | | | | | | | | |
| Employee Name | REDACTED - OTHER DRIVERS | | | | | UCI | MA | Tax Status | | Dep | Flat E/F | % E/F |
| Company No. | 7078 | Payroll No. | 97 | Pay Freq. | Weekly | Federal | | Married | (4a) | 3 | | |
| Employee No. | 23 | Division No. | 0 | Start Date | 07/09/2022 | | | (2c) (3) | (4b) | | | |
| SSN No. | REDACTED - OTHER DRIVERS | Home Dept. No. | 1 | End Date | 07/15/2022 | (W) MA | | Married | | 3 | | |
| Check No. | 2000432 | Net Pay | **978.48** | Check Date | 07/22/2022 | (R) | | | | | | |

| Dept. No. | Earnings – Current Description | Rate | Hours | Amount | Earnings – Year-to-Date Description | Hours | Amount | Taxes – Tax Description | Current Amount | YTD Amount | Deductions & Memos – Deduction Description | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0-Regular Pay | 14.2500 | 40.00 | 1,200.00 | 0-Regular Pay | 368.84 | 10,800.00 | Federal WH | 76.33 | 709.64 | | | |
| 1 | OverTime Pay | 28.3953 | 4.87 | 0.00 | 3-Vacation | 40.00 | 1,200.00 | OASDI | 74.40 | 747.66 | | | |
| | | | | | OverTime Pay | 23.87 | 59.09 | Medicare | 17.40 | 174.86 | | | |
| | | | | | | | | MA: State WH | 49.26 | 489.15 | | | |
| | | | | | | | | MA: State SDI | 2.69 | 27.02 | | | |
| | | | | | | | | MA: State FLI | 1.44 | 14.46 | | | |
| | **Employee Totals** | | 44.87 | 1,200.00 | **Total YTD:** | 432.71 | 12,059.09 | | 221.52 | 2,162.79 | | | |

| Account Type | Bank Routing No. | Bank Account No. | Amount Deposited |
|---|---|---|---|
| Checking | [redacted] | REDACTED - OTHER DRIVERS | 978.48 |
| | | | |
| | | | |
| | | | |

**Company Memo:**

**Private Memo:**

**B**

Alpha Delivery Inc.
Week Of 07/09/2022-07/15/2022
Check Date 07/22/2022

| Employee | Hour Rate | Reg Hours | Overtime | Diff | Wages |
|---|---|---|---|---|---|
| [redacted] | 14.25 | 40 | 6:48 | | 1200 |
| [redacted] | 14.25 | 40 | 4:52 | | 1200 |
| [redacted] | 14.25 | 40 | 3:01 | | 1200 |
| REDACTED - OTHER DRIVERS | 14.25 | 40 | 2:46 | | 1250 |
| [redacted] | 14.25 | 22:20 | | | 1000 |
| [redacted] | 14:25 | 38:59 | | | 960 |
| [redacted] | 14.25 | 16 | | | 800 |
| [redacted] | 14.25 | 39:30 | | | 1250 |
| REDACTED - OTHER DRIVERS | 14.25 | 36:05 | | | 1100 |
| | 14.25 | | | | |
| | 14.25 | | | | |
| | 14.25 | | | | |
| | 14.25 | | | | |
| | 14.25 | | | | |
| | 14.25 | | | | |
| | | | | | |

**C**

Alpha Delivery Inc.
Week Of 06/25/2022-07/01/2022
Check Date 07/08/2022

| Employee | Hour Rate | Reg Hours | Overtime | Diff | Wages |
|---|---|---|---|---|---|
| [redacted] | 14.25 | 40 | 1:40 | | 1200 |
| [redacted] | 14.25 | 40 | 2:19 | | 1200 |
| [redacted] | 14.25 | 40 | 2:26 | | 1200 |
| REDACTED - OTHER DRIVERS | 14.25 | 40 | 7:18 | | 1196.70 |
| [redacted] | 14.25 | 24:12 | | | 1000 |
| [redacted] | 14.25 | 34:39 | | | 1100 |
| [redacted] | 14.25 | 40 | 1:30 | | 960 |
| [redacted] | 14.25 | 5:14 | | | 800 |
| [redacted] | 14.25 | 31:50 | | | 1000 |
| | 14.25 | | | | |
| | 14.25 | | | | |
| | 14.25 | | | | |
| | 14.25 | | | | |
| | 14.25 | | | | |
| | 14.25 | | | | |
| | | | | | |