## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JORDAN ROY and JUSTIN TRUMBULL, on behalf of themselves and others similarly situated,

        Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

        Defendant.

Case No.: 3:17-cv-30116-KAR

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Zachary Rubin hereby requests that the Court allow him to withdraw as counsel of record in this matter. He has resigned from his position at Lichten & Liss-Riordan, P.C. and will be taking employment at a different law firm. Shannon Liss-Riordan of the law firm Lichten & Liss-Riordan, P.C. and other attorneys from Lichten & Liss-Riordan, P.C. and Winebrake & Santillo, LLC will continue as attorneys of record on behalf of Plaintiffs.

Dated: April 3, 2024

Respectfully submitted,

*/s/ Zachary L. Rubin*
Zachary Rubin (BBO #704485)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, Massachusetts 02116
(617) 994-5800
zrubin@llrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2024, I caused a true and correct copy of the foregoing to be filed with the Court's CM/ECF system, which constitutes service on Defendant, whose counsel are registered participants on that system.

*/s/ Zachary L. Rubin___*
Zachary L. Rubin