# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JORDAN ROY and JUSTIN TRUMBULL, on behalf of themselves and others similarly situated, | : : : : | |
| | : : | C.A. No. 3:17-cv-30116 |
| Plaintiffs, | : : | |
| v. | : : | |
| FEDEX GROUND PACKAGE SYSTEM, INC., | : : : | |
| Defendant. | : : | |

## <u>DECLARATION OF REBECCA SHUFORD</u>

I, Rebecca Shuford declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following facts are true and correct:

1.      I am an adult resident of Brighton, Massachusetts, and I am making this Declaration based upon my personal knowledge and experience.

2.      I am a Senior Paralegal at Lichten & Liss-Riordan, P.C., counsel for Plaintiffs, for whom I have worked since 2014. I have performed data analysis for wage and hour cases, including for discovery, mediation, trial, and settlement since approximately 2015.

3.      In connection with the above-captioned matter, I examined the scanner and pay data for Plaintiffs Jordan Roy and Justin Trumbull in the following documents: FXG_ROY_051577 (Scanner Data for Roy) (Exhibit A); FXG_ROY_051591 (Scanner Data for Trumbull) (Exhibit B); FXG_ROY_000416 (Earnings Records for Roy) (Exhibit C); and FXG_ROY_000421 (Earnings Records for Trumbull) (Exhibit D).  I used this data to calculate the plaintiffs' overtime damages for all workweeks in which they drove a truck that weighed 10,000 or fewer pounds (or a truck of unknown weight).

4.      The Scanner Data (Exhibits A and B) are Excel files that contain the "on duty time" and "off duty time" for each "on duty date" for each plaintiff, as well as the "vehicle number" and "GVWR" (Gross Vehicle Weight Rating) for the vehicle driven that day. The Earnings Records (Exhibits C and D) are pdfs showing the total earnings for each plaintiff on a weekly basis.

5.      For each date in the Scanner Data, for Plaintiff Roy, I calculated the amount of time worked as the time between the reported "on duty" and "off duty" times.  Based on Plaintiff Trumbull's testimony in his deposition that he consistently arrived at the warehouse at 6:00 a.m., I calculated his working time each day by using a start time of 6:00 a.m. and using an end time based on the "off duty" time as shown in the Scanner Data.  I also added an hour of work time each week for each driver, to account for weekly vehicles washes, inspections, etc.

6.      For each workweek in which the plaintiff drove a truck that weighed 10,000 pounds or less (or of unknown weight) according to the Scanner Data, I totaled the number of work hours for each day in that week, as described above in paragraph 5. See Exhibit E (calculation for Jordan Roy); Exhibit F (calculation for Justin Trumbull).

7.      For each such workweek, I calculated each plaintiff's regular hourly rate for that week, by dividing the total earnings data for that week by 40.  (If the regular rate came to less than the minimum wage, I used the minimum wage.  If the plaintiff worked less than 40 hours that week, I calculated the regular rate for that week by dividing the total earnings by the number of hours worked that week.)  I then calculated the overtime rate for each such week by multiplying the regular rate by 1.5.  See Exhibits E and F.

8.      For each workweek in which the plaintiff drove a truck weighing 10,000 pounds or less (or unknown weight), I then calculated the total overtime that would be owed, by

multiplying the overtime rate by the hours worked beyond 40 that week. <u>See</u> Exhibits E and F.

9.     The summary of these calculations is shown below:

| Plaintiff | Start Date | End Date | Workweeks | Total Hours Worked | Overtime Hours | Overtime Damages |
|---|---|---|---|---|---|---|
| **OVERTIME OWED FOR PLAINTIFFS** <br> **(for all workweeks in which Plaintiff drove a truck weighing** <br> **Less than 10,001 pounds or unknown weight)** | | | | | | |
| Jordan M Roy | 2/22/2015 | 1/7/2017 | 87 | 3872.8 | 545.2 | $14,240.96 |
| Justin W. Trumbull | 11/22/2015 | 2/11/2017 | 67 | 3165.8 | 545.7 | $14,713.19 |

Signed under the pains and penalties of perjury this 21st day of June, 2024.

Rebecca Shuford

# Exhibit E

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/22/2015 - 2/28/2015 | 3/6/2015 | 2/25/2015 | 8:00 AM | 5:30 PM | 9.5 | | | | | | |
| | | 2/26/2015 | 7:25 AM | 6:23 PM | 11.0 | | | | | | |
| | | 2/27/2015 | 6:03 AM | 7:16 PM | 13.2 | | | | | | |
| | | 2/28/2015 | 7:00 AM | 6:20 PM | 11.3 | 46.0 | 6.0 | $315.00 | $9.00 | $13.50 | $81.23 |
| 3/1/2015 - 3/7/2015 | 3/13/2015 | 3/3/2015 | 7:10 AM | 7:10 PM | 12.0 | | | | | | |
| | | 3/4/2015 | 7:00 AM | 4:41 PM | 9.7 | | | | | | |
| | | 3/5/2015 | 7:05 AM | 5:30 PM | 10.4 | | | | | | |
| | | 3/6/2015 | 7:00 AM | 4:35 PM | 9.6 | | | | | | |
| | | 3/7/2015 | 7:00 AM | 6:20 PM | 11.3 | 54.0 | 14.0 | $535.00 | $13.38 | $20.06 | $281.21 |
| 3/8/2015 - 3/14/2015 | 3/20/2015 | 3/9/2015 | 8:00 AM | 3:45 PM | 7.8 | | | | | | |
| | | 3/10/2015 | 8:00 AM | 7:50 PM | 11.8 | | | | | | |
| | | 3/11/2015 | 7:00 AM | 4:25 PM | 9.4 | | | | | | |
| | | 3/12/2015 | 7:00 AM | 4:30 PM | 9.5 | | | | | | |
| | | 3/13/2015 | 7:00 AM | 5:30 PM | 10.5 | | | | | | |
| | | 3/14/2015 | 7:00 AM | 5:10 PM | 10.2 | 60.2 | 20.2 | $715.00 | $17.88 | $26.81 | $540.72 |
| 3/15/2015 - 3/21/2015 | 3/27/2015 | 3/17/2015 | 7:00 AM | 5:00 PM | 10.0 | | | | | | |
| | | 3/18/2015 | 7:00 AM | 5:40 PM | 10.7 | | | | | | |
| | | 3/19/2015 | 7:00 AM | 6:00 PM | 11.0 | | | | | | |
| | | 3/20/2015 | 7:00 AM | 6:05 PM | 11.1 | | | | | | |
| | | 3/21/2015 | 7:00 AM | 5:45 PM | 10.8 | 54.5 | 14.5 | $640.00 | $16.00 | $24.00 | $348.00 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 3/24/2015 | 7:00 AM | 4:45 PM | 9.8 |  |  |  |  |  |  |
|  |  | 3/25/2015 | 7:00 AM | 5:30 PM | 10.5 |  |  |  |  |  |  |
|  |  | 3/26/2015 | 7:00 AM | 3:30 PM | 8.5 |  |  |  |  |  |  |
|  |  | 3/27/2015 | 7:00 AM | 5:40 PM | 10.7 |  |  |  |  |  |  |
| 3/22/2015 - 3/28/2015 | 4/3/2015 | 3/28/2015 | 7:00 AM | 4:30 PM | 9.5 | 49.9 | 9.9 | $662.50 | $16.56 | $24.84 | $246.37 |
|  |  | 3/31/2015 | 7:00 AM | 4:35 PM | 9.6 |  |  |  |  |  |  |
|  |  | 4/1/2015 | 7:00 AM | 5:41 PM | 10.7 |  |  |  |  |  |  |
|  |  | 4/2/2015 | 7:00 AM | 5:20 PM | 10.3 |  |  |  |  |  |  |
|  |  | 4/3/2015 | 7:00 AM | 4:35 PM | 9.6 |  |  |  |  |  |  |
| 3/29/2015 - 4/4/2015 | 4/10/2015 | 4/4/2015 | 7:00 AM | 4:10 PM | 9.2 | 50.4 | 10.4 | $673.75 | $16.84 | $25.27 | $261.50 |
|  |  | 4/7/2015 | 7:00 AM | 2:25 PM | 7.4 |  |  |  |  |  |  |
|  |  | 4/8/2015 | 7:00 AM | 4:28 PM | 9.5 |  |  |  |  |  |  |
|  |  | 4/9/2015 | 7:00 AM | 3:36 PM | 8.6 |  |  |  |  |  |  |
|  |  | 4/10/2015 | 7:00 AM | 2:38 PM | 7.6 |  |  |  |  |  |  |
| 4/5/2015 - 4/11/2015 | 4/17/2015 | 4/11/2015 | 7:00 AM | 3:50 PM | 8.8 | 43.0 | 2.9 | $621.25 | $15.53 | $23.30 | $68.73 |
|  |  | 4/14/2015 | 7:00 AM | 4:57 PM | 10.0 |  |  |  |  |  |  |
|  |  | 4/15/2015 | 7:00 AM | 4:30 PM | 9.5 |  |  |  |  |  |  |
|  |  | 4/16/2015 | 7:00 AM | 3:30 PM | 8.5 |  |  |  |  |  |  |
|  |  | 4/17/2015 | 7:00 AM | 5:35 PM | 10.6 |  |  |  |  |  |  |
| 4/12/2015 - 4/18/2015 | 4/24/2015 | 4/18/2015 | 7:00 AM | 4:31 PM | 9.5 | 49.1 | 9.1 | $645.00 | $16.13 | $24.19 | $218.90 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 4/21/2015 | 7:00 AM | 5:10 PM | 10.2 | | | | | | |
| | | 4/22/2015 | 7:00 AM | 5:47 PM | 10.8 | | | | | | |
| | | 4/23/2015 | 7:00 AM | 4:30 PM | 9.5 | | | | | | |
| | | 4/24/2015 | 7:00 AM | 5:38 PM | 10.6 | | | | | | |
| | | 4/25/2015 | 7:00 AM | 7:30 PM | 12.5 | | | | | | |
| 4/19/2015 - 4/25/2015 | 5/1/2015 | | | | | 54.6 | 14.6 | $683.75 | $17.09 | $25.64 | $373.93 |
| | | 4/28/2015 | 7:00 AM | 6:16 PM | 11.3 | | | | | | |
| | | 4/29/2015 | 7:00 AM | 6:10 PM | 11.2 | | | | | | |
| | | 4/30/2015 | 7:00 AM | 4:55 PM | 9.9 | | | | | | |
| | | 5/1/2015 | 7:00 AM | 4:48 PM | 9.8 | | | | | | |
| | | 5/2/2015 | 7:00 AM | 3:35 PM | 8.6 | | | | | | |
| 4/26/2015 - 5/2/2015 | 5/8/2015 | | | | | 51.7 | 11.7 | $725.00 | $18.13 | $27.19 | $319.00 |
| | | 5/5/2015 | 7:00 AM | 4:05 PM | 9.1 | | | | | | |
| | | 5/6/2015 | 7:00 AM | 7:45 PM | 12.8 | | | | | | |
| | | 5/7/2015 | 7:00 AM | 5:55 PM | 10.9 | | | | | | |
| | | 5/8/2015 | 7:00 AM | 7:30 PM | 12.5 | | | | | | |
| | | 5/9/2015 | 7:00 AM | 6:41 PM | 11.7 | | | | | | |
| 5/3/2015 - 5/9/2015 | 5/15/2015 | | | | | 57.9 | 17.9 | $762.50 | $19.06 | $28.59 | $512.78 |
| | | 5/12/2015 | 7:00 AM | 6:14 PM | 11.2 | | | | | | |
| | | 5/13/2015 | 7:00 AM | 4:45 PM | 9.8 | | | | | | |
| | | 5/14/2015 | 7:00 AM | 4:06 PM | 9.1 | | | | | | |
| | | 5/15/2015 | 7:00 AM | 3:10 PM | 8.2 | | | | | | |
| 5/10/2015 - 5/16/2015 | 5/22/2015 | | | | | 39.3 | 0.0 | $723.75 | $18.44 | $27.66 | $0.00 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5/19/2015 | 7:00 AM | 4:59 PM | 10.0 | | | | | | |
| | | 5/20/2015 | 7:00 AM | 3:10 PM | 8.2 | | | | | | |
| | | 5/21/2015 | 7:00 AM | 5:15 PM | 10.3 | | | | | | |
| | | 5/22/2015 | 7:00 AM | 4:40 PM | 9.7 | | | | | | |
| | | 5/23/2015 | 7:00 AM | 6:15 PM | 11.3 | | | | | | |
| 5/17/2015 - 5/23/2015 | 5/29/2015 | | | | | 50.3 | 10.3 | $561.25 | $14.03 | $21.05 | $217.13 |
| | | 5/27/2015 | 7:00 AM | 6:50 PM | 11.8 | | | | | | |
| | | 5/28/2015 | 7:00 AM | 6:00 PM | 11.0 | | | | | | |
| | | 5/29/2015 | 7:00 AM | 6:25 PM | 11.4 | | | | | | |
| | | 5/30/2015 | 7:00 AM | 3:48 PM | 8.8 | | | | | | |
| 5/24/2015 - 5/30/2015 | 6/5/2015 | | | | | 44.1 | 4.1 | $656.25 | $16.41 | $24.61 | $99.67 |
| | | 6/2/2015 | 7:00 AM | 5:30 PM | 10.5 | | | | | | |
| | | 6/3/2015 | 7:00 AM | 5:55 PM | 10.9 | | | | | | |
| | | 6/4/2015 | 7:00 AM | 5:25 PM | 10.4 | | | | | | |
| | | 6/5/2015 | 7:00 AM | 3:13 PM | 8.2 | | | | | | |
| | | 6/6/2015 | 7:00 AM | 5:42 PM | 10.7 | | | | | | |
| 5/31/2015 - 6/6/2015 | 6/12/2015 | | | | | 51.8 | 11.8 | $686.25 | $17.16 | $25.73 | $302.38 |
| | | 6/9/2015 | 7:00 AM | 5:37 PM | 10.6 | | | | | | |
| | | 6/10/2015 | 7:00 AM | 5:47 PM | 10.8 | | | | | | |
| | | 6/11/2015 | 7:00 AM | 4:40 PM | 9.7 | | | | | | |
| | | 6/12/2015 | 7:00 AM | 4:35 PM | 9.6 | | | | | | |
| | | 6/13/2015 | 7:00 AM | 5:00 PM | 10.0 | | | | | | |
| 6/7/2015 - 6/13/2015 | 6/19/2015 | | | | | 51.7 | 11.7 | $691.00 | $17.28 | $25.91 | $301.88 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 6/16/2015 | 7:00 AM | 5:50 PM | 10.8 | | | | | | |
| | | 6/17/2015 | 7:00 AM | 6:30 PM | 11.5 | | | | | | |
| | | 6/18/2015 | 7:00 AM | 4:50 PM | 9.8 | | | | | | |
| | | 6/19/2015 | 7:00 AM | 5:28 PM | 10.5 | | | | | | |
| | | 6/20/2015 | 7:00 AM | 6:13 PM | 11.2 | | | | | | |
| 6/14/2015 - 6/20/2015 | 6/26/2015 | | | | | 54.9 | 14.9 | $678.00 | $16.95 | $25.43 | $377.56 |
| | | 6/24/2015 | 7:00 AM | 5:20 PM | 10.3 | | | | | | |
| | | 6/24/2015 | 12:00 PM | 5:20 PM | 5.3 | | | | | | |
| | | 6/25/2015 | 7:00 AM | 4:17 PM | 9.3 | | | | | | |
| | | 6/26/2015 | 7:00 AM | 3:46 PM | 8.8 | | | | | | |
| | | 6/27/2015 | 7:00 AM | 4:13 PM | 9.2 | | | | | | |
| 6/21/2015 - 6/27/2015 | 7/2/2015 | | | | | 43.9 | 3.9 | $560.00 | $14.00 | $21.00 | $82.60 |
| | | 6/30/2015 | 7:00 AM | 6:05 PM | 11.1 | | | | | | |
| | | 7/1/2015 | 7:00 AM | 5:15 PM | 10.3 | | | | | | |
| | | 7/2/2015 | 7:00 AM | 4:43 PM | 9.7 | | | | | | |
| | | 7/3/2015 | 7:00 AM | 3:23 PM | 8.4 | | | | | | |
| 6/28/2015 - 7/4/2015 | 7/10/2015 | | | | | 40.4 | 0.4 | $670.00 | $16.75 | $25.13 | $10.89 |
| | | 7/7/2015 | 7:00 AM | 5:25 PM | 10.4 | | | | | | |
| | | 7/8/2015 | 7:00 AM | 7:05 PM | 12.1 | | | | | | |
| | | 7/9/2015 | 7:00 AM | 5:45 PM | 10.8 | | | | | | |
| | | 7/10/2015 | 7:00 AM | 3:37 PM | 8.6 | | | | | | |
| | | 7/11/2015 | 7:00 AM | 4:40 PM | 9.7 | | | | | | |
| 7/5/2015 - 7/11/2015 | 7/17/2015 | | | | | 52.5 | 12.5 | $592.50 | $14.81 | $22.22 | $278.48 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 7/14/2015 | 7:00 AM | 5:40 PM | 10.7 | | | | | | |
| | | 7/15/2015 | 7:00 AM | 4:20 PM | 9.3 | | | | | | |
| | | 7/16/2015 | 7:00 AM | 4:10 PM | 9.2 | | | | | | |
| | | 7/17/2015 | 7:00 AM | 4:31 PM | 9.5 | | | | | | |
| | | 7/18/2015 | 7:00 AM | 4:13 PM | 9.2 | | | | | | |
| 7/12/2015 - 7/18/2015 | 7/24/2015 | | | | | 48.9 | 8.9 | $656.25 | $16.41 | $24.61 | $219.02 |
| | | 7/21/2015 | 7:00 AM | 4:29 PM | 9.5 | | | | | | |
| | | 7/22/2015 | 7:00 AM | 4:40 PM | 9.7 | | | | | | |
| | | 7/23/2015 | 7:00 AM | 3:31 PM | 8.5 | | | | | | |
| | | 7/24/2015 | 7:00 AM | 3:15 PM | 8.3 | | | | | | |
| | | 7/25/2015 | 7:00 AM | 3:40 PM | 8.7 | | | | | | |
| 7/19/2015 - 7/25/2015 | 7/31/2015 | | | | | 45.6 | 5.6 | $660.00 | $16.50 | $24.75 | $138.19 |
| | | 7/28/2015 | 7:00 AM | 6:15 PM | 11.3 | | | | | | |
| | | 7/29/2015 | 7:00 AM | 5:20 PM | 10.3 | | | | | | |
| | | 7/30/2015 | 7:00 AM | 3:53 PM | 8.9 | | | | | | |
| | | 7/31/2015 | 7:00 AM | 3:12 PM | 8.2 | | | | | | |
| | | 8/1/2015 | 7:00 AM | 4:16 PM | 9.3 | | | | | | |
| 7/26/2015 - 8/1/2015 | 8/7/2015 | | | | | 48.9 | 8.9 | $616.25 | $15.41 | $23.11 | $206.44 |
| | | 8/4/2015 | 7:00 AM | 5:10 PM | 10.2 | | | | | | |
| | | 8/5/2015 | 7:00 AM | 4:50 PM | 9.8 | | | | | | |
| | | 8/6/2015 | 7:00 AM | 4:20 PM | 9.3 | | | | | | |
| | | 8/7/2015 | 7:00 AM | 4:25 PM | 9.4 | | | | | | |
| | | 8/8/2015 | 7:00 AM | 4:33 PM | 9.6 | | | | | | |
| 8/2/2015 - 8/8/2015 | 8/14/2015 | | | | | 49.3 | 9.3 | $703.75 | $17.59 | $26.39 | $245.43 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 8/11/2015 | 7:00 AM | 4:35 PM | 9.6 | | | | | | |
| | | 8/12/2015 | 7:00 AM | 4:20 PM | 9.3 | | | | | | |
| | | 8/13/2015 | 7:00 AM | 3:31 PM | 8.5 | | | | | | |
| | | 8/14/2015 | 7:00 AM | 2:57 PM | 8.0 | | | | | | |
| 8/9/2015 - 8/15/2015 | 8/21/2015 | 8/15/2015 | 7:00 AM | 3:35 PM | 8.6 | 45.0 | 5.0 | $641.25 | $16.03 | $24.05 | $119.43 |
| | | 8/18/2015 | 7:00 AM | 4:18 PM | 9.3 | | | | | | |
| | | 8/19/2015 | 7:00 AM | 5:15 PM | 10.3 | | | | | | |
| | | 8/20/2015 | 7:00 AM | 5:10 PM | 10.2 | | | | | | |
| | | 8/21/2015 | 7:00 AM | 6:13 PM | 11.2 | | | | | | |
| 8/16/2015 - 8/22/2015 | 8/28/2015 | 8/22/2015 | 7:00 AM | 4:25 PM | 9.4 | 51.4 | 11.4 | $725.00 | $18.13 | $27.19 | $308.58 |
| | | 8/25/2015 | 7:00 AM | 8:05 PM | 13.1 | | | | | | |
| | | 8/26/2015 | 7:00 AM | 4:15 PM | 9.3 | | | | | | |
| | | 8/27/2015 | 7:00 AM | 4:50 PM | 9.8 | | | | | | |
| | | 8/28/2015 | 7:00 AM | 5:00 PM | 10.0 | | | | | | |
| 8/23/2015 - 8/29/2015 | 9/4/2015 | 8/29/2015 | 7:00 AM | 3:36 PM | 8.6 | 51.8 | 11.8 | $661.00 | $16.53 | $24.79 | $291.67 |
| | | 9/1/2015 | 7:00 AM | 4:30 PM | 9.5 | | | | | | |
| | | 9/2/2015 | 7:00 AM | 4:35 PM | 9.6 | | | | | | |
| | | 9/3/2015 | 7:00 AM | 4:06 PM | 9.1 | | | | | | |
| | | 9/4/2015 | 7:00 AM | 3:45 PM | 8.8 | | | | | | |
| 8/30/2015 - 9/5/2015 | 9/11/2015 | 9/5/2015 | 7:00 AM | 3:10 PM | 8.2 | 46.1 | 6.1 | $641.25 | $16.03 | $24.05 | $146.69 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/6/2015 - 9/12/2015 | 9/18/2015 | 9/9/2015 | 7:00 AM | 5:20 PM | 10.3 | | | | | | |
| | | 9/10/2015 | 7:00 AM | 5:25 PM | 10.4 | | | | | | |
| | | 9/11/2015 | 7:00 AM | 6:15 PM | 11.3 | | | | | | |
| | | 9/12/2015 | 7:00 AM | 4:00 PM | 9.0 | 42.0 | 2.0 | $593.75 | $14.84 | $22.27 | $44.53 |
| 9/13/2015 - 9/19/2015 | 9/25/2015 | 9/15/2015 | 7:00 AM | 6:55 PM | 11.9 | | | | | | |
| | | 9/16/2015 | 7:00 AM | 6:35 PM | 11.6 | | | | | | |
| | | 9/17/2015 | 7:00 AM | 4:59 PM | 10.0 | | | | | | |
| | | 9/18/2015 | 7:00 AM | 4:24 PM | 9.4 | | | | | | |
| | | 9/19/2015 | 7:00 AM | 3:20 PM | 8.3 | 52.2 | 12.2 | $719.00 | $17.98 | $26.96 | $329.39 |
| 9/20/2015 - 9/26/2015 | 10/2/2015 | 9/22/2015 | 7:00 AM | 4:05 PM | 9.1 | | | | | | |
| | | 9/23/2015 | 7:00 AM | 3:47 PM | 8.8 | | | | | | |
| | | 9/24/2015 | 7:00 AM | 3:13 PM | 8.2 | | | | | | |
| | | 9/25/2015 | 7:00 AM | 3:00 PM | 8.0 | | | | | | |
| | | 9/26/2015 | 7:00 AM | 3:10 PM | 8.2 | 43.3 | 3.2 | $641.25 | $16.03 | $24.05 | $78.15 |
| 9/27/2015 - 10/3/2015 | 10/9/2015 | 9/29/2015 | 7:00 AM | 2:56 PM | 7.9 | | | | | | |
| | | 9/30/2015 | 7:00 AM | 3:20 PM | 8.3 | | | | | | |
| | | 10/1/2015 | 7:00 AM | 4:55 PM | 9.9 | | | | | | |
| | | 10/2/2015 | 7:00 AM | 3:21 PM | 8.4 | | | | | | |
| | | 10/3/2015 | 7:00 AM | 4:14 PM | 9.2 | 44.8 | 4.8 | $627.50 | $15.69 | $23.53 | $112.17 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10/6/2015 | 7:00 AM | 3:38 PM | 8.6 | | | | | | |
| | | 10/7/2015 | 7:00 AM | 4:53 PM | 9.9 | | | | | | |
| | | 10/8/2015 | 7:00 AM | 3:50 PM | 8.8 | | | | | | |
| | | 10/9/2015 | 7:00 AM | 1:37 PM | 6.6 | | | | | | |
| 10/4/2015 - 10/10/2015 | 10/16/2015 | 10/10/2015 | 7:00 AM | 2:33 PM | 7.6 | 42.5 | 2.5 | $671.25 | $16.78 | $25.17 | $63.35 |
| | | 10/14/2015 | 7:00 AM | 2:40 PM | 7.7 | | | | | | |
| | | 10/15/2015 | 7:00 AM | 3:26 PM | 8.4 | | | | | | |
| | | 10/16/2015 | 7:00 AM | 3:47 PM | 8.8 | | | | | | |
| 10/11/2015 - 10/17/2015 | 10/23/2015 | 10/17/2015 | 7:00 AM | 4:35 PM | 9.6 | 35.5 | 0.0 | $480.00 | $13.53 | $20.30 | $0.00 |
| | | 10/20/2015 | 7:00 AM | 5:29 PM | 10.5 | | | | | | |
| | | 10/21/2015 | 7:00 AM | 5:10 PM | 10.2 | | | | | | |
| 10/18/2015 - 10/24/2015 | 10/30/2015 | 10/22/2015 | 7:00 AM | 4:45 PM | 9.8 | 31.4 | 0.0 | $622.50 | $19.82 | $29.74 | $0.00 |
| | | 10/27/2015 | 7:00 AM | 4:42 PM | 9.7 | | | | | | |
| | | 10/28/2015 | 7:00 AM | 4:45 PM | 9.8 | | | | | | |
| | | 10/29/2015 | 7:00 AM | 3:43 PM | 8.7 | | | | | | |
| | | 10/30/2015 | 7:00 AM | 2:43 PM | 7.7 | | | | | | |
| 10/25/2015 - 10/31/2015 | 11/6/2015 | 10/31/2015 | 7:00 AM | 3:50 PM | 8.8 | 45.7 | 5.7 | $527.50 | $13.19 | $19.78 | $113.08 |
| | | 11/3/2015 | 7:00 AM | 4:15 PM | 9.3 | | | | | | |
| | | 11/4/2015 | 7:00 AM | 5:35 PM | 10.6 | | | | | | |
| | | 11/5/2015 | 7:00 AM | 3:36 PM | 8.6 | | | | | | |
| | | 11/6/2015 | 7:00 AM | 3:55 PM | 8.9 | | | | | | |
| 11/1/2015 - 11/7/2015 | 11/13/2015 | 11/7/2015 | 7:00 AM | 2:40 PM | 7.7 | 46.0 | 6.0 | $722.50 | $18.06 | $27.09 | $163.01 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 11/10/2015 | 7:00 AM | 6:25 PM | 11.4 | | | | | | |
| | | 11/11/2015 | 7:00 AM | 4:33 PM | 9.6 | | | | | | |
| | | 11/12/2015 | 7:00 AM | 3:37 PM | 8.6 | | | | | | |
| | | 11/13/2015 | 7:00 AM | 3:35 PM | 8.6 | | | | | | |
| 11/8/2015 - 11/14/2015 | | 11/14/2015 | 7:00 AM | 4:10 PM | 9.2 | 48.3 | 8.3 | $696.25 | $17.41 | $26.11 | $217.58 |
| | | 11/17/2015 | 7:00 AM | 4:20 PM | 9.3 | | | | | | |
| | | 11/18/2015 | 7:00 AM | 2:45 PM | 7.8 | | | | | | |
| | | 11/19/2015 | 7:00 AM | 5:43 PM | 10.7 | | | | | | |
| | | 11/20/2015 | 7:00 AM | 6:12 PM | 11.2 | | | | | | |
| 11/15/2015 - 11/21/2015 | | 11/21/2015 | 7:00 AM | 2:32 PM | 7.5 | 47.5 | 7.5 | $707.50 | $17.69 | $26.53 | $199.87 |
| | | 11/24/2015 | 7:00 AM | 4:13 PM | 9.2 | | | | | | |
| | | 11/25/2015 | 7:00 AM | 5:47 PM | 10.8 | | | | | | |
| | | 11/27/2015 | 7:00 AM | 3:26 PM | 8.4 | | | | | | |
| 11/22/2015 - 11/28/2015 | | 11/28/2015 | 7:00 AM | 2:08 PM | 7.1 | 36.6 | 0.0 | $511.00 | $13.97 | $20.96 | $0.00 |
| | | 11/30/2015 | 7:00 AM | 2:25 PM | 7.4 | | | | | | |
| | | 12/1/2015 | 7:00 AM | 5:21 PM | 10.4 | | | | | | |
| | | 12/2/2015 | 8:00 AM | 4:25 PM | 8.4 | | | | | | |
| | | 12/3/2015 | 8:00 AM | 5:30 PM | 9.5 | | | | | | |
| | | 12/4/2015 | 8:00 AM | 6:27 PM | 10.5 | | | | | | |
| 11/29/2015 - 12/5/2015 | | 12/5/2015 | 7:00 AM | 7:33 PM | 12.6 | 59.7 | 19.7 | $846.25 | $21.16 | $31.73 | $624.64 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 12/7/2015 | 8:00 AM | 3:55 PM | 7.9 | | | | | | |
| | | 12/8/2015 | 8:00 AM | 4:27 PM | 8.5 | | | | | | |
| | | 12/9/2015 | 7:00 AM | 4:01 PM | 9.0 | | | | | | |
| | | 12/10/2015 | 8:00 AM | 6:00 PM | 10.0 | | | | | | |
| | | 12/11/2015 | 8:00 AM | 4:21 PM | 8.4 | | | | | | |
| | | 12/12/2015 | 7:00 AM | 4:53 PM | 9.9 | | | | | | |
| 12/6/2015 - 12/12/2015 | 12/18/2015 | | | | | 54.6 | 14.6 | $890.00 | $22.25 | $33.38 | $487.83 |
| | | 12/14/2015 | 7:00 AM | 4:23 PM | 9.4 | | | | | | |
| | | 12/15/2015 | 7:00 AM | 3:17 PM | 8.3 | | | | | | |
| | | 12/16/2015 | 7:00 AM | 3:52 PM | 8.9 | | | | | | |
| | | 12/17/2015 | 7:00 AM | 5:16 PM | 10.3 | | | | | | |
| | | 12/18/2015 | 7:00 AM | 6:11 PM | 11.2 | | | | | | |
| | | 12/19/2015 | 7:00 AM | 6:20 PM | 11.3 | | | | | | |
| 12/13/2015 - 12/19/2015 | 12/24/2015 | | | | | 60.3 | 20.3 | $1,040.00 | $26.00 | $39.00 | $792.35 |
| | | 12/21/2015 | 7:00 AM | 4:03 PM | 9.1 | | | | | | |
| | | 12/22/2015 | 7:00 AM | 3:40 PM | 8.7 | | | | | | |
| | | 12/23/2015 | 7:00 AM | 4:51 PM | 9.9 | | | | | | |
| | | 12/24/2015 | 7:00 AM | 2:45 PM | 7.8 | | | | | | |
| | | 12/26/2015 | 7:00 AM | 12:35 PM | 5.6 | | | | | | |
| 12/20/2015 - 12/26/2015 | 12/31/2015 | | | | | 41.9 | 1.9 | $816.25 | $20.41 | $30.61 | $58.16 |
| | | 12/29/2015 | 7:00 AM | 5:53 PM | 10.9 | | | | | | |
| | | 12/30/2015 | 7:00 AM | 4:50 PM | 9.8 | | | | | | |
| | | 12/31/2015 | 7:00 AM | 4:50 PM | 9.8 | | | | | | |
| 12/27/2015 - 1/2/2016 | 1/8/2016 | | | | | 31.6 | 0.0 | $521.25 | $16.52 | $24.78 | $0.00 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1/5/2016 | 7:00 AM | 5:49 PM | 10.8 | | | | | | |
| | | 1/6/2016 | 7:00 AM | 5:12 PM | 10.2 | | | | | | |
| | | 1/7/2016 | 7:00 AM | 4:48 PM | 9.8 | | | | | | |
| | | 1/8/2016 | 7:00 AM | 2:50 PM | 7.8 | | | | | | |
| 1/3/2016 - 1/9/2016 | 1/15/2016 | 1/9/2016 | 7:00 AM | 3:13 PM | 8.2 | 47.9 | 7.9 | $557.50 | $13.94 | $20.91 | $164.46 |
| | | 1/12/2016 | 7:00 AM | 4:39 PM | 9.7 | | | | | | |
| | | 1/13/2016 | 7:00 AM | 3:55 PM | 8.9 | | | | | | |
| | | 1/14/2016 | 7:00 AM | 2:42 PM | 7.7 | | | | | | |
| | | 1/15/2016 | 7:00 AM | 3:30 PM | 8.5 | | | | | | |
| 1/10/2016 - 1/16/2016 | 1/22/2016 | 1/16/2016 | 7:00 AM | 3:45 PM | 8.8 | 44.5 | 4.5 | $616.25 | $15.41 | $23.11 | $104.38 |
| | | 1/20/2016 | 7:00 AM | 4:48 PM | 9.8 | | | | | | |
| | | 1/21/2016 | 7:00 AM | 5:05 PM | 10.1 | | | | | | |
| | | 1/22/2016 | 7:00 AM | 6:15 PM | 11.3 | | | | | | |
| 1/17/2016 - 1/23/2016 | 1/29/2016 | 1/23/2016 | 7:00 AM | 1:32 PM | 6.5 | 38.7 | 0.0 | $533.75 | $13.80 | $20.71 | $0.00 |
| | | 1/26/2016 | 7:00 AM | 4:00 PM | 9.0 | | | | | | |
| | | 1/27/2016 | 7:00 AM | 4:31 PM | 9.5 | | | | | | |
| | | 1/28/2016 | 7:00 AM | 4:48 PM | 9.8 | | | | | | |
| | | 1/29/2016 | 7:00 AM | 2:25 PM | 7.4 | | | | | | |
| 1/24/2016 - 1/30/2016 | 2/5/2016 | 1/30/2016 | 7:00 AM | 4:13 PM | 9.2 | 46.0 | 6.0 | $655.00 | $16.38 | $24.56 | $146.15 |
| | | 2/3/2016 | 7:00 AM | 4:36 PM | 9.6 | | | | | | |
| | | 2/4/2016 | 7:00 AM | 3:37 PM | 8.6 | | | | | | |
| | | 2/5/2016 | 7:00 AM | 4:38 PM | 9.6 | | | | | | |
| 1/31/2016 - 2/6/2016 | 2/12/2016 | 2/6/2016 | 7:00 AM | 4:35 PM | 9.6 | 38.4 | 0.0 | $587.50 | $15.29 | $22.93 | $0.00 |

Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2/9/2016 | 7:00 AM | 4:50 PM | 9.8 | | | | | | |
| | | 2/10/2016 | 7:00 AM | 5:33 PM | 10.6 | | | | | | |
| | | 2/11/2016 | 7:00 AM | 5:28 PM | 10.5 | | | | | | |
| | | 2/12/2016 | 7:00 AM | 4:33 PM | 9.6 | | | | | | |
| | | 2/13/2016 | 7:00 AM | 3:55 PM | 8.9 | | | | | | |
| 2/7/2016 - 2/13/2016 | 2/19/2016 | | | | | 50.3 | 10.3 | $725.00 | $18.13 | $27.19 | $280.48 |
| 2/14/2016 - 2/20/2016 | 2/26/2016 | 2/16/2016 | 7:00 AM | 4:13 PM | 9.2 | 10.2 | 0.0 | $260.00 | $25.45 | $38.17 | $0.00 |
| | | 3/22/2016 | 7:00 AM | 7:18 PM | 12.3 | | | | | | |
| | | 3/23/2016 | 7:00 AM | 5:53 PM | 10.9 | | | | | | |
| | | 3/24/2016 | 7:00 AM | 6:25 PM | 11.4 | | | | | | |
| | | 3/26/2016 | 7:00 AM | 4:03 PM | 9.1 | | | | | | |
| 3/20/2016 - 3/26/2016 | 4/1/2016 | | | | | 44.7 | 4.6 | $493.75 | $12.34 | $18.52 | $86.10 |
| | | 3/29/2016 | 7:00 AM | 4:40 PM | 9.7 | | | | | | |
| | | 3/30/2016 | 7:00 AM | 4:17 PM | 9.3 | | | | | | |
| | | 3/31/2016 | 7:00 AM | 3:32 PM | 8.5 | | | | | | |
| | | 4/1/2016 | 7:00 AM | 4:10 PM | 9.2 | | | | | | |
| | | 4/2/2016 | 7:00 AM | 4:40 PM | 9.7 | | | | | | |
| 3/27/2016 - 4/2/2016 | 4/8/2016 | | | | | 47.3 | 7.3 | $728.75 | $18.22 | $27.33 | $199.95 |
| | | 4/5/2016 | 7:00 AM | 4:40 PM | 9.7 | | | | | | |
| | | 4/6/2016 | 7:00 AM | 5:30 PM | 10.5 | | | | | | |
| | | 4/7/2016 | 7:00 AM | 5:00 PM | 10.0 | | | | | | |
| | | 4/8/2016 | 7:00 AM | 3:38 PM | 8.6 | | | | | | |
| | | 4/9/2016 | 7:00 AM | 3:37 PM | 8.6 | | | | | | |
| 4/3/2016 - 4/9/2016 | 4/15/2016 | | | | | 48.4 | 8.4 | $745.00 | $18.63 | $27.94 | $235.14 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 4/12/2016 | 7:00 AM | 4:50 PM | 9.8 | | | | | | |
| | | 4/13/2016 | 7:00 AM | 5:46 PM | 10.8 | | | | | | |
| | | 4/14/2016 | 7:00 AM | 4:43 PM | 9.7 | | | | | | |
| | | 4/15/2016 | 7:00 AM | 4:08 PM | 9.1 | | | | | | |
| 4/10/2016 - 4/16/2016 | 4/22/2016 | 4/16/2016 | 7:00 AM | 5:13 PM | 10.2 | 50.7 | 10.7 | $782.50 | $19.56 | $29.34 | $313.00 |
| | | 4/19/2016 | 7:00 AM | 5:10 PM | 10.2 | | | | | | |
| | | 4/20/2016 | 7:00 AM | 6:10 PM | 11.2 | | | | | | |
| | | 4/21/2016 | 7:00 AM | 4:51 PM | 9.9 | | | | | | |
| | | 4/22/2016 | 7:00 AM | 3:37 PM | 8.6 | | | | | | |
| 4/17/2016 - 4/23/2016 | 4/29/2016 | 4/23/2016 | 7:00 AM | 4:18 PM | 9.3 | 50.1 | 10.1 | $731.25 | $18.28 | $27.42 | $276.96 |
| | | 4/26/2016 | 7:00 AM | 3:36 PM | 8.6 | | | | | | |
| | | 4/27/2016 | 7:00 AM | 4:38 PM | 9.6 | | | | | | |
| | | 4/28/2016 | 7:00 AM | 4:03 PM | 9.1 | | | | | | |
| 4/24/2016 - 4/30/2016 | 5/6/2016 | 4/29/2016 | 7:00 AM | 4:38 PM | 9.6 | 37.9 | 0.0 | $731.25 | $19.29 | $28.93 | $0.00 |
| | | 5/3/2016 | 7:00 AM | 7:17 PM | 12.3 | | | | | | |
| | | 5/4/2016 | 7:00 AM | 7:22 PM | 12.4 | | | | | | |
| | | 5/5/2016 | 7:00 AM | 3:36 PM | 8.6 | | | | | | |
| | | 5/6/2016 | 7:00 AM | 3:52 PM | 8.9 | | | | | | |
| 5/1/2016 - 5/7/2016 | 5/13/2016 | 5/7/2016 | 7:00 AM | 5:39 PM | 10.7 | 53.8 | 13.8 | $556.25 | $13.91 | $20.86 | $287.16 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 5/10/2016 | 7:00 AM | 6:16 PM | 11.3 | | | | | | |
| | | 5/11/2016 | 7:00 AM | 3:41 PM | 8.7 | | | | | | |
| | | 5/12/2016 | 7:00 AM | 4:24 PM | 9.4 | | | | | | |
| | | 5/13/2016 | 7:00 AM | 4:02 PM | 9.0 | | | | | | |
| 5/8/2016 - 5/14/2016 | 5/20/2016 | 5/14/2016 | 7:00 AM | 4:01 PM | 9.0 | 48.4 | 8.4 | $856.25 | $21.41 | $32.11 | $269.72 |
| | | 5/17/2016 | 7:00 AM | 5:35 PM | 10.6 | | | | | | |
| | | 5/18/2016 | 7:00 AM | 4:40 PM | 9.7 | | | | | | |
| | | 5/19/2016 | 7:00 AM | 4:18 PM | 9.3 | | | | | | |
| | | 5/20/2016 | 7:00 AM | 4:59 PM | 10.0 | | | | | | |
| 5/15/2016 - 5/21/2016 | 5/27/2016 | 5/21/2016 | 7:00 AM | 4:45 PM | 9.8 | 50.3 | 10.3 | $710.00 | $17.75 | $26.63 | $273.79 |
| | | 6/1/2016 | 7:00 AM | 7:00 PM | 12.0 | | | | | | |
| | | 6/2/2016 | 7:00 AM | 6:03 PM | 11.1 | | | | | | |
| | | 6/3/2016 | 7:00 AM | 5:36 PM | 10.6 | | | | | | |
| 5/29/2016 - 6/4/2016 | 6/10/2016 | 6/4/2016 | 7:00 AM | 4:17 PM | 9.3 | 43.9 | 3.9 | $688.75 | $17.22 | $25.83 | $101.59 |
| | | 6/7/2016 | 7:00 AM | 5:53 PM | 10.9 | | | | | | |
| | | 6/8/2016 | 7:00 AM | 5:38 PM | 10.6 | | | | | | |
| | | 6/9/2016 | 7:00 AM | 4:40 PM | 9.7 | | | | | | |
| | | 6/10/2016 | 7:00 AM | 4:45 PM | 9.8 | | | | | | |
| 6/5/2016 - 6/11/2016 | 6/17/2016 | 6/11/2016 | 7:00 AM | 3:55 PM | 8.9 | 50.9 | 10.9 | $791.25 | $19.78 | $29.67 | $321.94 |

Page 15 of 21

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 6/14/2016 | 7:00 AM | 6:20 PM | 11.3 | | | | | | |
| | | 6/15/2016 | 7:00 AM | 5:56 PM | 10.9 | | | | | | |
| | | 6/16/2016 | 7:00 AM | 5:37 PM | 10.6 | | | | | | |
| | | 6/17/2016 | 7:00 AM | 4:05 PM | 9.1 | | | | | | |
| | | 6/18/2016 | 7:00 AM | 5:37 PM | 10.6 | | | | | | |
| 6/12/2016 - 6/18/2016 | 6/24/2016 | | | | | 53.6 | 13.6 | $787.50 | $19.69 | $29.53 | $401.13 |
| | | 6/21/2016 | 7:00 AM | 5:15 PM | 10.3 | | | | | | |
| | | 6/22/2016 | 7:00 AM | 5:42 PM | 10.7 | | | | | | |
| | | 6/23/2016 | 7:00 AM | 3:45 PM | 8.8 | | | | | | |
| | | 6/24/2016 | 7:00 AM | 3:40 PM | 8.7 | | | | | | |
| 6/19/2016 - 6/25/2016 | 7/1/2016 | | | | | 39.4 | 0.0 | $738.75 | $18.77 | $28.15 | $0.00 |
| | | 6/28/2016 | 7:00 AM | 5:53 PM | 10.9 | | | | | | |
| | | 6/29/2016 | 7:00 AM | 4:07 PM | 9.1 | | | | | | |
| | | 6/30/2016 | 7:00 AM | 3:46 PM | 8.8 | | | | | | |
| | | 7/1/2016 | 7:00 AM | 3:15 PM | 8.3 | | | | | | |
| | | 7/2/2016 | 7:00 AM | 3:33 PM | 8.6 | | | | | | |
| 6/26/2016 - 7/2/2016 | 7/8/2016 | | | | | 46.6 | 6.6 | $577.50 | $14.44 | $21.66 | $142.21 |
| | | 8/9/2016 | 7:00 AM | 6:20 PM | 11.3 | | | | | | |
| | | 8/10/2016 | 7:00 AM | 3:43 PM | 8.7 | | | | | | |
| | | 8/11/2016 | 7:00 AM | 3:48 PM | 8.8 | | | | | | |
| | | 8/12/2016 | 7:00 AM | 3:21 PM | 8.4 | | | | | | |
| | | 8/13/2016 | 7:00 AM | 2:43 PM | 7.7 | | | | | | |
| 8/7/2016 - 8/13/2016 | 8/19/2016 | | | | | 45.9 | 5.9 | $545.00 | $13.63 | $20.44 | $120.92 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 8/16/2016 | 7:00 AM | 5:50 PM | 10.8 | | | | | | |
| | | 8/17/2016 | 7:00 AM | 5:15 PM | 10.3 | | | | | | |
| | | 8/18/2016 | 7:00 AM | 3:15 PM | 8.3 | | | | | | |
| | | 8/19/2016 | 7:00 AM | 5:23 PM | 10.4 | | | | | | |
| | | 8/20/2016 | 7:00 AM | 3:23 PM | 8.4 | | | | | | |
| 8/14/2016 - 8/20/2016 | 8/26/2016 | | | | | 49.1 | 9.1 | $698.10 | $17.45 | $26.18 | $238.23 |
| | | 8/23/2016 | 7:00 AM | 3:41 PM | 8.7 | | | | | | |
| | | 8/24/2016 | 7:00 AM | 2:20 PM | 7.3 | | | | | | |
| | | 8/25/2016 | 7:00 AM | 3:14 PM | 8.2 | | | | | | |
| | | 8/26/2016 | 7:00 AM | 2:15 PM | 7.3 | | | | | | |
| | | 8/27/2016 | 7:00 AM | 2:54 PM | 7.9 | | | | | | |
| 8/21/2016 - 8/27/2016 | 9/2/2016 | | | | | 40.4 | 0.4 | $663.00 | $16.58 | $24.86 | $9.94 |
| | | 8/30/2016 | 7:00 AM | 3:42 PM | 8.7 | | | | | | |
| | | 8/31/2016 | 7:00 AM | 4:17 PM | 9.3 | | | | | | |
| | | 9/1/2016 | 7:00 AM | 2:56 PM | 7.9 | | | | | | |
| | | 9/2/2016 | 7:00 AM | 2:07 PM | 7.1 | | | | | | |
| | | 9/3/2016 | 7:00 AM | 1:53 PM | 6.9 | | | | | | |
| 8/28/2016 - 9/3/2016 | 9/9/2016 | | | | | 40.9 | 0.9 | $689.00 | $17.23 | $25.84 | $23.68 |
| | | 9/7/2016 | 7:00 AM | 4:18 PM | 9.3 | | | | | | |
| | | 9/8/2016 | 7:00 AM | 3:20 PM | 8.3 | | | | | | |
| | | 9/9/2016 | 7:00 AM | 3:00 PM | 8.0 | | | | | | |
| | | 9/10/2016 | 7:00 AM | 12:30 PM | 5.5 | | | | | | |
| 9/4/2016 - 9/10/2016 | 9/16/2016 | | | | | 32.1 | 0.0 | $596.00 | $18.55 | $27.82 | $0.00 |

**Roy Jordan**

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/11/2016 - 9/17/2016 | 9/23/2016 | 9/13/2016 | 7:00 AM | 4:31 PM | 9.5 | | | | | | |
| | | 9/14/2016 | 7:00 AM | 4:10 PM | 9.2 | | | | | | |
| | | 9/15/2016 | 7:00 AM | 3:55 PM | 8.9 | | | | | | |
| | | 9/16/2016 | 7:00 AM | 3:41 PM | 8.7 | | | | | | |
| | | 9/17/2016 | 7:00 AM | 1:08 PM | 6.1 | 43.4 | 3.4 | $630.50 | $15.76 | $23.64 | $80.78 |
| 9/18/2016 - 9/24/2016 | 9/30/2016 | 9/20/2016 | 7:00 AM | 4:15 PM | 9.3 | | | | | | |
| | | 9/21/2016 | 7:00 AM | 1:56 PM | 6.9 | | | | | | |
| | | 9/22/2016 | 7:00 AM | 2:10 PM | 7.2 | | | | | | |
| | | 9/23/2016 | 7:00 AM | 1:51 PM | 6.9 | | | | | | |
| | | 9/24/2016 | 7:00 AM | 1:40 PM | 6.7 | 37.9 | 0.0 | $626.60 | $16.55 | $24.82 | $0.00 |
| 9/25/2016 - 10/1/2016 | 10/7/2016 | 9/27/2016 | 7:00 AM | 3:40 PM | 8.7 | | | | | | |
| | | 9/28/2016 | 7:00 AM | 3:05 PM | 8.1 | | | | | | |
| | | 9/29/2016 | 7:00 AM | 3:46 PM | 8.8 | | | | | | |
| | | 9/30/2016 | 7:00 AM | 1:55 PM | 6.9 | | | | | | |
| | | 10/1/2016 | 7:00 AM | 1:35 PM | 6.6 | 40.0 | 0.0 | $624.00 | $15.60 | $23.40 | $0.39 |
| 10/2/2016 - 10/8/2016 | 10/14/2016 | 10/4/2016 | 7:00 AM | 3:43 PM | 8.7 | | | | | | |
| | | 10/5/2016 | 7:00 AM | 1:50 PM | 6.8 | | | | | | |
| | | 10/6/2016 | 7:00 AM | 1:18 PM | 6.3 | | | | | | |
| | | 10/7/2016 | 7:00 AM | 1:37 PM | 6.6 | 29.5 | 0.0 | $592.00 | $20.09 | $30.14 | $0.00 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10/11/2016 | 7:00 AM | 6:32 PM | 11.5 | | | | | | |
| | | 10/12/2016 | 7:00 AM | 2:40 PM | 7.7 | | | | | | |
| | | 10/13/2016 | 7:00 AM | 2:10 PM | 7.2 | | | | | | |
| | | 10/14/2016 | 7:00 AM | 3:14 PM | 8.2 | | | | | | |
| 10/9/2016 - 10/15/2016 | 10/21/2016 | 10/15/2016 | 7:00 AM | 2:03 PM | 7.1 | 42.7 | 2.6 | $533.00 | $13.33 | $19.99 | $52.97 |
| | | 10/18/2016 | 7:00 AM | 3:43 PM | 8.7 | | | | | | |
| | | 10/19/2016 | 7:00 AM | 2:30 PM | 7.5 | | | | | | |
| | | 10/20/2016 | 7:00 AM | 2:00 PM | 7.0 | | | | | | |
| | | 10/21/2016 | 7:00 AM | 1:37 PM | 6.6 | | | | | | |
| 10/16/2016 - 10/22/2016 | 10/28/2016 | 10/22/2016 | 7:00 AM | 1:26 PM | 6.4 | 37.3 | 0.0 | $643.50 | $17.27 | $25.90 | $0.00 |
| | | 10/25/2016 | 7:00 AM | 2:47 PM | 7.8 | | | | | | |
| | | 10/26/2016 | 7:00 AM | 5:18 PM | 10.3 | | | | | | |
| 10/23/2016 - 10/29/2016 | 11/4/2016 | 10/27/2016 | 7:00 AM | 6:21 PM | 11.4 | 30.4 | 0.0 | $600.00 | $19.72 | $29.57 | $0.00 |
| | | 11/8/2016 | 7:00 AM | 4:55 PM | 9.9 | | | | | | |
| | | 11/9/2016 | 7:00 AM | 4:27 PM | 9.5 | | | | | | |
| | | 11/10/2016 | 10:45 AM | 7:15 PM | 8.5 | | | | | | |
| | | 11/11/2016 | 7:00 AM | 1:38 PM | 6.6 | | | | | | |
| 11/6/2016 - 11/12/2016 | 11/18/2016 | 11/12/2016 | 7:00 AM | 4:18 PM | 9.3 | 44.8 | 4.8 | $544.00 | $13.60 | $20.40 | $97.92 |
| | | 11/15/2016 | 7:00 AM | 2:42 PM | 7.7 | | | | | | |
| | | 11/17/2016 | 7:00 AM | 2:21 PM | 7.4 | | | | | | |
| | | 11/18/2016 | 7:00 AM | 1:45 PM | 6.8 | | | | | | |
| 11/13/2016 - 11/19/2016 | 11/25/2016 | 11/19/2016 | 7:00 AM | 3:28 PM | 8.5 | 31.3 | 0.0 | $520.00 | $16.63 | $24.95 | $0.00 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 11/22/2016 | 7:00 AM | 3:16 PM | 8.3 | | | | | | |
| | | 11/23/2016 | 7:00 AM | 2:50 PM | 7.8 | | | | | | |
| | | 11/25/2016 | 7:00 AM | 1:47 PM | 6.8 | | | | | | |
| | | 11/26/2016 | 7:00 AM | 2:39 PM | 7.7 | | | | | | |
| 11/20/2016 - 11/26/2016 | 12/2/2016 | | | | | 31.5 | 0.0 | $621.00 | $19.69 | $29.54 | $0.00 |
| | | 11/29/2016 | 7:00 AM | 4:13 PM | 9.2 | | | | | | |
| | | 11/30/2016 | 7:00 AM | 3:10 PM | 8.2 | | | | | | |
| | | 12/1/2016 | 7:00 AM | 3:27 PM | 8.5 | | | | | | |
| | | 12/2/2016 | 7:00 AM | 3:10 PM | 8.2 | | | | | | |
| | | 12/3/2016 | 7:00 AM | 3:12 PM | 8.2 | | | | | | |
| 11/27/2016 - 12/3/2016 | 12/9/2016 | | | | | 43.2 | 3.2 | $828.10 | $20.70 | $31.05 | $99.37 |
| | | 12/6/2016 | 7:00 AM | 1:03 PM | 6.1 | | | | | | |
| | | 12/7/2016 | 7:00 AM | 1:30 PM | 6.5 | | | | | | |
| | | 12/8/2016 | 7:00 AM | 1:38 PM | 6.6 | | | | | | |
| | | 12/9/2016 | 7:00 AM | 1:43 PM | 6.7 | | | | | | |
| | | 12/10/2016 | 7:00 AM | 1:28 PM | 6.5 | | | | | | |
| 12/4/2016 - 12/10/2016 | 12/16/2016 | | | | | 33.4 | 0.0 | $680.00 | $20.38 | $30.57 | $0.00 |
| | | 12/13/2016 | 7:00 AM | 3:05 PM | 8.1 | | | | | | |
| | | 12/14/2016 | 7:00 AM | 2:00 PM | 7.0 | | | | | | |
| | | 12/15/2016 | 7:00 AM | 2:13 PM | 7.2 | | | | | | |
| | | 12/16/2016 | 7:00 AM | 4:35 PM | 9.6 | | | | | | |
| | | 12/17/2016 | 7:00 AM | 12:00 PM | 5.0 | | | | | | |
| 12/11/2016 - 12/17/2016 | 12/23/2016 | | | | | 37.9 | 0.0 | $791.70 | $20.90 | $31.35 | $0.00 |

## Roy Jordan

| Workweek | Check Date | Date | Start Time | End Time | Hours Worked | Total Hours Worked | Overtime Hours | Total Earnings | Regular Rate (Weekly Earnings/40) * ** | Overtime Rate | Overtime Owed (OT hours x OT rate) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 12/20/2016 | 7:00 AM | 3:18 PM | 8.3 | | | | | | |
| | | 12/21/2016 | 7:00 AM | 4:42 PM | 9.7 | | | | | | |
| | | 12/22/2016 | 7:00 AM | 4:00 PM | 9.0 | | | | | | |
| | | 12/23/2016 | 7:00 AM | 2:36 PM | 7.6 | | | | | | |
| | | 12/24/2016 | 7:00 AM | 12:30 PM | 5.5 | | | | | | |
| 12/18/2016 - 12/24/2016 | 12/30/2016 | | | | | 41.1 | 1.1 | $729.30 | $18.23 | $27.35 | $30.08 |
| | | 12/28/2016 | 7:00 AM | 3:53 PM | 8.9 | | | | | | |
| | | 12/29/2016 | 7:00 AM | 2:35 PM | 7.6 | | | | | | |
| | | 12/30/2016 | 7:00 AM | 4:10 PM | 9.2 | | | | | | |
| | | 12/31/2016 | 7:00 AM | 4:46 PM | 9.8 | | | | | | |
| 12/25/2016 - 12/31/2016 | 1/6/2017 | | | | | 36.4 | 0.0 | $524.50 | $14.41 | $21.61 | $0.00 |
| 1/1/2017 - 1/7/2017 | 1/13/2017 | 1/4/2017 | 7:00 AM | 5:11 PM | 10.2 | 11.2 | 0.0 | $341.20 | $30.51 | $45.76 | $0.00 |
| Total | | | | | | | | | | | $14,240.96 |

*The regular rate is indicated as no less than minimum wage.  If the regular rate came to less than minimum wage, the minimum wage was used as the hourly rate for that week.

**For weeks in which less than 40 hours were worked, the actual number of hours is used in calculating the regular rate.