# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JORDAN ROY and JUSTIN TRUMBULL, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | Case No.: 3:17-cv-30116-KAR |

**PLAINTIFFS' NOTICE OF ACCEPTANCE OF SECOND OFFER OF JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 68**

Plaintiffs Jordan Roy and Justin Trumbull, by and through their undersigned counsel, state as follows:

1. On July 29, 2024, Defendant Federal Express Corporation, successor by merger to FedEx Ground Package System, Inc. ("FedEx"), served an offer of judgment pursuant to Federal Rule of Civil Procedure 68 on Plaintiffs Roy and Trumbull. A copy of the offer of judgment is attached hereto as Exhibit A.

2. Pursuant to Federal Rule of Civil Procedure 68, Plaintiffs Roy and Trumbull hereby **accept** the offer of judgment and respectfully request that the clerk enter judgment in their favor against FedEx in the total amount of $166,773.28 to be distributed as follows:

    a. Jordan Roy: $20,000.00

    b. Justin Trumbull: $20,000.00

    c. Attorneys' fees and costs: $126,773.28

1

3. Pursuant to Rule 68, Plaintiffs request a judgment be entered against Defendant on behalf of Plaintiffs Roy and Trumbull.

4. A proposed judgment is attached for the Court's convenience.

Dated:  August 1, 2024                    Respectfully submitted,

                                          JORDAN ROY and JUSTIN TRUMBULL, on
                                          behalf of themselves and others similarly situated,

                                          By their attorneys,

                                          */s/ Shannon Liss-Riordan*_____
                                          Shannon Liss-Riordan (BBO #640716)
                                          Harold Lichten (BBO #549689)
                                          Jeremy Abay (*pro hac vice*)
                                          Krysten Connon *(pro hac vice)*
                                          Matthew Carrieri (BBO #705192)
                                          LICHTEN & LISS-RIORDAN, P.C.
                                          729 Boylston Street, Suite 2000
                                          Boston, Massachusetts 02116
                                          (617) 994-5800
                                          sliss@llrlaw.com
                                          hlichten@llrlaw.com
                                          jabay@llrlaw.com
                                          kconnon@llrlaw.com
                                          mcarrieri@llrlaw.com

                                          Peter Winebrake (*pro hac vice*)
                                          Mark J. Gottesfeld (*pro hac vice*)
                                          Michelle Tolodziecki (*pro hac vice*)
                                          Winebrake & Santillo, LLC
                                          715 Twining Road, Suite 211
                                          Dresher, PA 19025
                                          Telephone:     215.884.2491
                                          pwinebrake@winebrakelaw.com
                                          mgottesfeld@winebrakelaw.com
                                          mtolodizekci@winebrakelaw.com

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2024, I caused a true and correct copy of the foregoing to be filed with the Court's CM/ECF system, which constitutes service on Defendant, whose counsel are registered participants on that system.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan