# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORDAN ROY and JUSTIN TRUMBULL,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | Case No.: 3:17-cv-30116-KAR |

## ORDER

Upon consideration of the Plaintiffs' Notice of Acceptance of Second Offer of Judgment, and it appearing that all of the conditions for entry of judgment under Federal Rule of Civil Procedure 68 have been met, it is hereby **ORDERED** that the Clerk is directed to enter judgment in the amount specified in the Plaintiffs' acceptance of the offer of judgment and close the case on the court's docket.

It is so ordered.

Dated this __2nd__ day of _____August_____, 2024.

BY THE COURT

/s/ Katherine A. Robertson
_____
Katherine A. Robertson,
U.S. Magistrate Judge