UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| JORDAN ROY and JUSTIN TRUMBULL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FEDEX GROUND PACKAGE SYSTEM, ) <br> INC., ) <br> ) <br> Defendant. ) | Civil Action No. 17-cv-30116 (KAR) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (check one):

☒ the plaintiff (*name*) JORDAN ROY, recover from the defendant (*name*) FEDEX GROUND PACKAGE SYSTEM, INC., the amount of TWENTY THOUSAND dollars and 00/100 ($20,000.00), and

☒ the plaintiff (name) JUSTIN TRUMBULL, recover from the defendant (name) FEDEX GROUND PACKAGE SYSTEM, INC., the amount of TWENTY THOUSAND dollars and 00/100 ($20,000.00), and that the

☒ Plaintiffs JORDAN ROY AND JUSTIN TRUMBULL recover from the Defendant FEDEX GROUND PACKAGE SYSTEM, INC., the amount of ONE HUNDRED TWENTY-SIX THOUSAND SEVEN HUNDRED AND SEVENTY-THREE dollars and 28/100 ($126,773.28) for attorney's fees and costs inclusive of prejudgment interest plus post judgment interest at the rate of 4.83% per annum.

☐ the plaintiffs recover nothing, the action be dismissed on the merits, and the defendant (name) recover costs from the plaintiff (name) _____.

☐ other: _____.

This action was (*check one*):

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☒   resolved <u>by the Plaintiffs' acceptance of Defendant's Second Offer of Judgment (*See* Dkt. No. 440-2).</u>

Date: <u>August 2, 2024</u>                                CLERK OF COURT


                                                        <u>/s/ Melissa M. Rivera</u>
                                                        Deputy Clerk